IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WILLIAM LLOYD HOLTZCLAW, )
)
    Plaintiff, )
)
v. ) CASE NO. CV418-144
)
NURSE VERNITA PARKER, in her )
individual and official )
capacities; NURSE HODGES; MR. )
MILTON, Medical Director )
Administrator, in his )
individual and official )
capacities; DEPUTY WARDEN MS. )
OWENS, in her individual and )
official capacities; WARDEN )
JOSE MORALES, in his individual )
and official capacities; UNIT )
MANAGER RODNEY JACKSON, in his )
individual and official )
capacities; CYNTHIA RIVERS, )
Chief Counselor, in her )
individual and official )
capacities; HEAD NURSE MS. )
GREGORY, in her individual and )
official capacities; DR. AWE; )
and MR. CIRONE, Maintenance )
Department Head; )
)
    Defendants. )
_____)



### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 9.) After careful review, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Defendants Warden Morales, Deputy Warden Owens, Chief Counselor

Rivers, Head Nurse Gregory, Unit Manager Jackson, Dr. Awe, Nurse Hodges and Nurse Parker are **DISMISSED** from this action. In addition, Plaintiff's ADA claims against Defendants Milton and Cirone in their individual capacities are **DIMISSED**. However, Plaintiff's Eight Amendment claims against Defendants Milton and Cirone and Plaintiff's ADA claims against Defendants Milton and Cirone in their official capacities survive preliminary screening.

SO ORDERED this 11th day of December 2018.

_____
WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA