# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| WILLIAM LLOYD HOLTZCLAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV418-144 |
| | ) | |
| MR. MILTON, MR. CIRONE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

William Lloyd Holtzclaw, *pro se* and *in forma pauperis*, has submitted a "Third Request for Production of Documents" on the Court for filing. Doc. 28. His Certificate of Service indicates that he has also served the request on defendants. Id. at 4. It is unclear what purpose Holtzclaw believes he serves by giving the Court a copy of the request. If plaintiff wishes to serve discovery on defendants, he must continue to do so pursuant to the Federal Rules of Civil Procedure — meaning, any discovery requests are *only* mailed to the party (or that party's attorney) from whom he seeks that discovery. *See* Fed. R. Civ. P. 5(b) (describing procedure for service). The United States Marshal Service is not needed for this purpose. Discovery requests are *not* filed with the Court. Fed. R.

Civ. P. 5(d) (initial disclosures and discovery requests/responses are *not* filed until they are used for a motion or the court orders them to be filed).

**SO ORDERED**, this __18th__ day of April, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA