# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| WILLIAM LLOYD HOLTZCLAW, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CV418-144 |
| MR. MILTON, MR. CIRONE, | ) | |
| Defendant. | ) | |

# ORDER

Defendants having volunteered to take provide photographs of the shower chair at issue, plaintiff's motion to compel access to a camera is deemed **MOOT**. Should those photographs prove insufficient, plaintiff can renew his motion — but *only* after contacting defendants and attempting to informally resolve any dispute through meet and confer efforts as required by the Court's Local Rules. *See* S.D. L. R. 26.5 (parties must meaningfully meet and confer before seeking the Court's intercession).

**SO ORDERED,** this __28th__ day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA