# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| WILLIAM LLOYD HOLTZCLAW, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV418-144 |
| MR. MILTON, MR. CIRONE, | ) ) ) | |
| Defendants. | ) | |

## ORDER

William Lloyd Holtzclaw, *pro se* and *in forma pauperis*, has moved to compel the production of discovery. Doc. 35. Defendants having timely responded and having produced the requested materials (doc. 38), that motion is **DENIED as moot**.

**SO ORDERED**, this __27th__ day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA