AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIAM LLOYD HOLTZCLAW

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-144

MR. MILTON, Medical Director Administrator, in his Individual and Official Capacities, and MR. CIRONE, Maintenance Department Head;

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated April 28, 2020 adopting the Report and Recommendation of the U.S. Magistrate Judge as the opinion of the Court GRANTING Defendant's Motion for Summary Judgment. Plaintiff's Claims are dismissed as unexhausted. This case stands closed.

April 28, 2020
Date

John E. Triplett, Acting Clerk
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/1/03